MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Blvd, Suite 250
Burlingame, CA. 94010
Tel:  650.618.4360/Fax:  650.618.4368

George I. Lee
lee@ls3ip.com
Sean M. Sullivan
sullivan@ls3ip.com
Michael P. Boyea
boyea@ls3ip.com
Cole B. Richter
richter@ls3ip.com
Jae Y. Pak
pak@ls3ip.com
David R. Grosby
grosby@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002/Fax: (312) 754-0003

*Attorneys for Plaintiff LedComm LLC*

Matthew H. Poppe (SBN 177854)
email: matthew.poppe@rimonlaw.com
RIMON, PC.
800 Oak Grove Ave., Suite 250
Menlo Park, CA 94025
Telephone: 650-461-4433
Facsimile: 650-461-4433

Jason Xu (admitted *pro hac vice*)
email: jason.xu@rimonlaw.com
RIMON, PC.
1717 K Street NW, Suite 900
Washington D.C. 20006
Telephone: 202-770-2141
Facsimile: 202-400-3846

*Attorneys for Defendants
ANKER INNOVATIONS LIMITED
and FANTASIA TRADING LLC
D/B/A ANKER DIRECT*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEDCOMM LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ANKER INNOVATIONS LIMITED AND FANTASIA TRADING LLC D/B/A ANKERDIRECT,<br><br>          Defendants. | Case No. 5:20-CV-00421-DOC-KES<br><br>**ORDER APPOINTING TECHNICAL SPECIAL MASTER [82]**<br><br>Judge: Hon. David O. Carter |

The Court held a status conference on October 5, 2020, at which the attorneys for Plaintiff and Defendants (the "Parties") were ordered to stipulate to the appointment of a Technical Special Master for the Court.

It is hereby ORDERED that:

1. The Court hereby appoints David Keyzer to serve as the Technical Special Master for the Court in the above-captioned case. Mr. Keyzer's contact information is as follows:

David Keyzer

Law Office of David Keyzer, P.C.

5170 Golden Foothill Parkway

El Dorado Hills, CA 95762

(916) 243-5259

david@keyzerlaw.com

2. The Technical Special Master will be compensated at a rate of $455 per hour. The Technical Special Master will apportion fees and expenses incurred for his work on these matters equally between Plaintiff (one half) and Defendants (one half, collectively, to be equally apportioned among the Defendants).  Payment will be due within 45 days of the Parties receiving an invoice from the Technical Special Master.

3. The Parties understand that the Technical Special Master may provide written work product to the Court confidentially and may meet with the Court in person or by telephone confidentially.

4. The Parties are instructed to promptly provide to the Technical Special Master, by e-mail at david@keyzerlaw.com or by electronic media, courtesy copies of the following claim construction documents after they are filed or served on the other side: (1) any joint claim construction chart or claim construction prehearing statement; (2) any expert reports or declarations relating to claim construction; and (3) claim construction briefing, in accordance with the schedule

1

ordered by the Court. The Parties shall also promptly provide to the Technical Special Master courtesy copies of any summary judgment briefing that relates to infringement, invalidity, any other matter affected by claim construction, or any other matter related to technical issues in the above-captioned cases. The Parties shall not provide paper copies to the Technical Special Master unless directed to do so by the Technical Special Master.

5. The Technical Special Master will have authority to assist the Court in conducting its *Markman* claim construction hearing and, after conferring with the Parties' respective counsel, to set and to modify claim construction briefing procedures and deadlines and other procedures and deadlines relating to claim construction proceedings, to set and to modify page limits for claim construction briefing, to issue a Report and Recommendation as to claim construction, and to enter any other orders necessary for the prompt and efficient conduct of claim construction proceedings.  Subject to the Court's direction and approval, the Technical Special Master may also have authority to conduct a *Markman* claim construction hearing and, after conferring with the Parties' respective counsel, to set the date, time, manner, and location of the claim construction hearing and to conduct any status conferences that may be appropriate to facilitate claim construction proceedings (either in person or by telephone).

6. The Technical Special Master may communicate with counsel in person, by telephone, and/or by e-mail to direct actions by the Parties pursuant to the authority set forth above and/or to obtain information relevant thereto. No party shall communicate with the Technical Special Master *ex parte* without the express consent or involvement of at least one counsel of record for each of the other Parties.

DATED: ___November 24, 2020___          _____

Honorable David O. Carter

United States District Court

2